UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LYNNE R. ROBERSON, a/k/a LYNNE A. ROBERSON, <br><br> Defendant. | No. CV-11-156-CI <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on October 4, 2011 (ECF No. 8), recommending Plaintiff's Motion For Default Judgment be granted in part. No objections having been filed within the time allowed, the court **ADOPTS** the Report and Recommendation. Accordingly, Plaintiff's Motion For Default Judgment is **GRANTED IN PART** and judgment shall be entered for the Plaintiff and against the Defendant as follows:

1. For Claim 1: Judgment in the principal amount of $51,722.62;

2. For Claim 2: Judgment in the principal amount of $10,270.81.

3. For Claim 3: Judgment in the principal amount of $40,743.66.

4. Post-judgment interest pursuant to 28 U.S.C. Section 1961; plus,

5. Court filing fee of $350.00, pursuant to 28 U.S.C. Section 2412(a)(2), plus,

6. Docket fees in the amount of $20.00 pursuant to 28 U.S.C. Section 1923.

//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

1  **IT IS SO ORDERED.** The District Court Executive shall forward copies of the
2  Judgment and this Order to counsel for Plaintiff. The file shall be closed.
3  **DATED** this   2nd   day of November, 2011.

                                          *s/Lonny R. Suko*
                                      _____
                                          LONNY R. SUKO
                                      United States District Judge

28 **ORDER ADOPTING REPORT AND RECOMMENDATION - 2**