AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

LYNNE R. ROBERSON, aka
LYNNE A. ROBERSON,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-156-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff and against the Defendant as follows:

1. For Claim 1: Judgment in the principal amount of $51,722.62;

2. For Claim 2: Judgment in the principal amount of $10,270.81;

3. For Claim 3: Judgment in the principal amount of $40,743.66;

4. Post-judgment interest pursuant to 28 U.S.C. § 1961; plus

5. Court filing fee of $350.00, pursuant to 28 U.S.C. § 2142(a)(2); plus

6. Docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923.

| | |
|---|---|
| November 2, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |